IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Damon G Fiori, | NO. CV-19-03074-PHX-DJH |
| Plaintiff, | |
| v. | **JUDGMENT IN A CIVIL CASE** |
| Peoria Police Department, et al., | |
| Defendants. | |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed January 8, 2020,  judgment is entered in favor of defendants and against plaintiff. Plaintiff to take nothing, and this action is hereby dismissed for failure to comply with the Court's order.

February 19, 2020

Debra D. Lucas
Acting District Court Executive/Clerk of Court

By  s/ W. Poth
Deputy Clerk